# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BAO YU YANG, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOMCHAI AND COMPANY INC, d/b/a/ SKY THAI, et al.,<br><br>Defendants. | Civil Action No.: 19-12742 (CCC) (JBC)<br><br><br><br>**ORDER** |

This matter comes before the Court by way of Magistrate Judge James B. Clark, III's Report and Recommendation that Defendants Madee Inc. d/b/a Sky Thai and Ampawun Silraksa's (collectively, "Defendants") Answer be stricken pursuant to Federal Rule of Civil Procedure 37 and default entered. ECF No. 107. No objections have been filed thereto. The Court has considered the history of and submissions made in this case, as well as Judge Clark's Report and Recommendation, and for substantially the same reasons stated therein,

**IT IS** on this 19th day of January, 2023,

**ORDERED** that this Court adopts Judge Clark's September 29, 2022 Report and Recommendation that Defendants' Answer be stricken pursuant to Federal Rule of Civil Procedure 37 and default entered. ECF No. 107; and it is further

**ORDERED** that the Clerk of the Court shall file an entry of default.

**SO ORDERED**.

s/ Claire C. Cecchi

_____
**HON. CLAIRE C. CECCHI**
**United States District Judge**