TROY LAW, PLLC
41-25 Kissena Boulevard Suite 110
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

Case No. 19-cv-12742

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-----------------------------------------------------------X
BAO YU YANG,
*on his own behalf and on behalf of others similarly situated*
                      Plaintiff,
                        v.

SOMCHAI AND COMPANY
    d/b/a Sky Thai;
MADEE INC
    d/b/a Sky Thai; and
JC62 INC
    d/b/a Sky Thai;
AMPAWUN SILRAKSA, and
CHIN YING LAU
     a/k/a Lau Chez Ying
                      Defendants.
-----------------------------------------------------------X

**NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS**

**PLEASE TAKE NOTICE** that upon the declaration of Aaron Schweitzer, Plaintiff's Memorandum of Law and all prior papers and proceedings herein, Plaintiff hereby moves this Court, at the United States Courthouse for the District of New Jersey located at the Martin Luther King Building 50 Walnut Street Newark, NJ 07102, for an award of attorneys' fees and costs pursuant to 29 U.S.C. § 216(b).

Dated: November 24, 2023
      Flushing, NY

                                          TROY LAW, PLLC
                                          /s/ Aaron Schweitzer
                                           Aaron Schweitzer